**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 05-cv-01230-REB-OES

SEAN WILLCOX,
JANET WILLCOX, and
GEOFFREY WILLCOX,

      Plaintiffs,

v.

FORTIS INSURANCE COMPANY, a Minnesota corporation,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

On December 28, 2005, the parties filed a **Joint Stipulation for Dismissal** [#10].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation for Dismissal** [#10], filed on December 28, 2005, is **APPROVED**; and

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 30, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge